PINSON, APPELLEE, *v.* TRIPLETT ET AL., APPELLANTS.

(No. 83AP-106—Decided April 21, 1983.)

*Messrs. Bell, White & Ross* and *Mr. Gerald P. Wolfe II, Messrs. Tenuta & Wolken* and *Mr. Ralph A. Kerns,* for appellee Cheryl Pinson.

*Messrs. McLeskey, McLeskey & Morgan* and *Mr. Kelly M. Morgan,* for appellants James Triplett et al.

NORRIS, J. Defendants appeal from an order of the Court of Common Pleas of Franklin County overruling their motion to vacate a "default judgment" rendered against them. The entry sought to be vacated recites failure of defendants to plead or defend, grants default judgment on the issue of liability, and sets a future hearing on the issue of damages.

Because that order is not a final appealable order (*Fireman's Fund Ins. Co.* v. *BPS Co.* [1982], 4 Ohio App. 3d 3), the order declining to vacate it cannot be a final appealable order. Accordingly, this appeal must be dismissed, *sua sponte.* See *Whitaker-Merrell* v. *Geupel Co.* (1972), 29 Ohio St. 2d 184 [58 O.O.2d 399].

*Appeal dismissed.*

WHITESIDE, P.J., and McCORMAC, J., concur.